UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Crim. No. 25-cr-_____** |
| | : | |
| **PETER WILLIAMS,** | : | **VIOLATIONS:** |
| | : | **18 U.S.C. § 1832 (Theft of Trade Secrets)** |
| **Defendant.** | : | |
| | : | **Forfeiture Allegation:** |
| | : | **(18 U.S.C. §§ 981(a)(1)(C), 1834, 2323 and** |
| | : | **28 U.S.C. § 2461(c)** |

The United States Attorney charges that at all times relevant to this Information:

### CRIMINAL INFORMATION - COUNT ONE

Between on or about April 2022 and in or about June 2025, within the District of Columbia and elsewhere, the defendant, Peter Williams, a United States resident, with the intent to convert a trade secret, that is related to and included in a product that is produced for, and placed in, interstate and foreign commerce, to the economic benefit of someone other than the owner of the trade secret, and intending and knowing that the offense will injure any owner of that trade secret, did knowingly steal, and without authorization, appropriate, take, carry away, conceal, and by fraud, artifice and deception, obtain such information, to wit, seven trade secrets (secrets within Items 1 through 7 produced and belonging to COMPANY ONE and COMPANY TWO), knowing and intending those secrets to be sold outside of the United States, and specifically to a buyer based in the Russian Federation (Russia).

(**Theft of Trade Secrets**, in violation of Title 18, United States Code, Section 1832(a)(1))

### CRIMINAL INFORMATION - COUNT TWO

Between on or about June 2025 and in or about August 6, 2025, within the District of Columbia and elsewhere, the defendant, Peter Williams, a United States resident, with the intent to

convert a trade secret, that is related to and included in a product that is produced for, and placed in, interstate and foreign commerce, to the economic benefit of someone other than the owner of the trade secret, and intending and knowing that the offense will injure any owner of that trade secret, did knowingly and without authorization copy, duplicate download, upload, alter, replicate, transmit, deliver, send, communicate and convey such information, that is one trade secret (within Item 8 produced and belonging to COMPANY ONE and COMPANY TWO), knowing and intending those secrets to be sold outside of the United States, and specifically to a buyer based in the Russian Federation (Russia).

(**Theft of Trade Secrets**, in violation of Title 18, United States Code, Section 1832(a)(2))

### Forfeiture Allegation

Upon conviction of the offenses alleged in Count One or Count Two, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from, either directly or indirectly, with proceeds traceable to these offenses, and any property used, or intended to be used, in any manner or part to commit or facilitate the commission of this offense, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and 18 U.S.C. §§ 1834, 2323.

### Money Judgment

The United States will also seek a forfeiture money judgment against the defendant equal to the value of any property, real or personal, which constitutes or is derived from, either directly or indirectly, with proceeds traceable to this offense, and any property used, or intended to be used, in any manner or part to commit or facilitate the commission of this offense, in the amount of $1,300,000.

### Specific Property Subject to Forfeiture

The property subject to forfeiture includes, but is not limited to, the following:

(1) A house in Washington, D.C. located at ▮▮▮▮▮▮▮▮▮▮▮▮

(2) The following watches:
    a. Replica Rolex Submariner Oyster Perpetual Date wristwatch w/ black face, green bezel and silver colored bracelet, 126610;
    b. Pagani Design PD1752 wristwatch with blue and copper bezel and silver and copper colored bracelet;
    c. Replica Omega Seamaster w/ blue face, blue and copper dial, and silver and copper bracelet, 89236388;
    d. Seizmont wristwatch with silver face, blue material band;
    e. Replica Rolex Oyster Perpetual Cosmograph Daytona wristwatch with white face, black bezel and silver colored bracelet;
    f. Tag Heuer Aquaracer Calibre 16 wristwatch with black face, silver bezel and silver colored bracelet, RBL4269;
    g. Replica Omega Seamaster Diver Professional wristwatch with blue face, blue bezel, and silver colored bracelet, ST2010108;
    h. Grand Seiko wristwatch with white pearl face and silver colored bracelet, 28N349 9R65-0AE0 ;
    i. Tag Heuer Carrera Calibre 16 wristwatch with black face and silver colored bracelet, CVA1R WKD9990;
    j. Longines wristwatch with white face and dark brown leather band, L678.2, 46238295;
    k. Tag Heuer Carrera Calibre 1887 wristwatch with black face and silver colored bracelet, CAR2119.4, WBM4585;
    l. Casio G-Shock GA-2110ET wristwatch with gray and multicolor face and gray band, ABFF6N;
    m. Replica Rolex Submariner Oyster Perpetual Date wristwatch with green face and silver colored bracelet, 116610;
    n. Breitling Premier B25 Datura 42 wristwatch with copper face and brown leather band;
    o. Tag Heuer Carrera women's wristwatch with black face, silver colored bracelet, silver set indexes, WAK2413-2, WKZ9796;
    p. Replica Rolex Oyster Perpetual Datejust wristwatch with blue face and silver colored bracelet, U28634A5;
    q. Rolex Datejust women's wristwatch with pink face, diamond facets, silver/gold colored bracelet, L605Y267;
    r. Replica Rolex Oyster Perpetual Date Yacht Master wristwatch with gray face, silver bezel and silver colored bracelet, 2LQ37141;
    s. Apple Watch Hermes Series 8 wristwatch with black face, silver trim, and brown leather band;
    t. Apple Watch Hermes Series 10 wristwatch with black face, silver trim, and brown leather band;
    u. Apple Watch Hermes Ultra wristwatch with black face, silver trim, and red band; and
    v. Tag Heuer Aquaracer wristwatch with black face and silver colored bracelet, CAY Z110-0, RZD5244;
(3) One light blue Louis Vuitton handbag;
(4) One woman's Tiffany Lock Bangle with diamonds and gold;

(5) One woman's diamond solitaire ring;
(6) One Tiffany and Co. diamond and tanzanite flower ring;
(7) One light blue Moncler jacket;
(8) One black Moncler jacket; and
(9) All funds, cryptocurrency, and fiat currency located in the following accounts controlled by Williams:
   a. Wise Bank (UK and Australia)
   b. Commonwealth Bank (Australia),
   c. St. Georges Bank (Australia),
   d. Chase Bank (United States),
   e. Coinbase (United States),
   f. Changenow (United States), and
   g. Gemini Trust Company (United States) and Gemini Intergalactic Australia Pty. Ltd. (Australia).

## **Substitute Property**

If any of the property described above as being subject to forfeiture as a result of any act or omission of the defendant:

   a.   cannot be located upon the exercise of due diligence;

   b.   has been transferred or sold to, or deposited with, a third party;

   c.   has been placed beyond the jurisdiction of the Court;

   d.   has been substantially diminished in value; or

   e.   has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Sections 981(a)(1)(C); 1834, and 2323, and Title 21, United States Code, Section 853(p); and Title 28, United States Code, Section 2461(c).)

                    Respectfully submitted,
                    United States Attorney

By:       */s/ Tejpal Chawla*
            Tejpal S. Chawla
            Assistant United States Attorney
            U.S. Attorney's Office, District of Columbia

            Prava Palacharla
            Trial Attorney
            U.S. Department of Justice
            National Security Division
            National Security Cyber Section

            Nicholas Hunter
            Trial Attorney
            U.S. Department of Justice
            National Security Division
            Counterintelligence and Export Control Section