AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | Case No. 25-cr-322 |
| PETER WILLIAMS ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Peter Williams.

Date: 10/22/2025

/s/ Lionel Andre
*Attorney's signature*

Lionel Andre (D.C. Bar No. 422534)
*Printed name and bar number*

SECIL Law
1701 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006
*Address*

landre@secillaw.com
*E-mail address*

(202) 642-0679
*Telephone number*

*FAX number*