U.S. Department of Justice
United States Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA :

:

V. : Case No. 25-cr-322(LLA)

:

Peter Williams :

## ORDER

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the __29th__ day of __October 2025__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on by __FBI Special Agent Jeremy Conrad__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __FBI-Washington Field Office__ _____ for "routine processing," and that this be a condition of being released on bond :

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____ 10/29/2025
Judge ( U.S. ~~Magistrate~~) DISTRICT COURT

DOJ USA-16-80

COURT

USP LVN