**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>       *Plaintiff,*<br>   **v.**<br><br>**PETER WILLIAMS,**<br><br>       *Defendant.* | **Case No. 25-cr-322 (LLA)** |

## JOINT MOTION TO CONTINUE SENTENCING

The United States, by and through undesigned counsel, and Mr. Peter Williams, through his counsel, move this Honorable Court to continue the January 27, 2026 sentencing date, as well the sentencing motion deadlines, by two weeks.

As reasons for the continuance, the parties have not received the final Presentence Report and government counsel has learned that one or government agencies is in the process of finalizing a victim impact statement ("VIS") to the Court. Government counsel understands that the VIS submission may involve sensitive or classified information, and that coordination with other government entities is required so that the material can be shared with the Court, defense counsel, and the defendant in advance of sentencing. The parties have discussed the matter and are in agreement that both parties would be best served by obtaining and sharing this material with one another before they file their initial sentencing memorandum.

Government counsel believes, based on its communications to date, these sensitive VIS submissions will be available for filing within the next 10 days. To that end the parties request a two-week continuance of the filing deadlines and the sentencing hearing so that they can be properly prepared for sentencing. This would mean the initial sentencing memorandum would be

due on January 27, 2026, and the reply briefs due on February 3. The parties have conferred and are available any time on February 9th through 12th.  If these dates are not convenient for the Court, the parties would request the date to be scheduled to date thereafter convenient for the Court and the parties.  The parties further do not request any change in the Defendant's conditions of release.

Respectfully submitted,

JEANNINE F. PIRRO
United States Attorney


_____/S/_____
Tejpal S. Chawla
Assistant United States Attorney
D.C. Bar No. 464012
National Security Section
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7280 (phone)
(202) 252-7792 (fax)
Tejpal.chawla@usdoj.gov

Prava Palacharla
Trial Attorney
U.S. Department of Justice
National Security Division
National Security Cyber Section

Nicholas Hunter
Trial Attorney
U.S. Department of Justice
National Security Division
Counterintelligence and Export Control Section


John P. Rowely III
Lionel Andre
SECIL Law PLLC
Counsel for Peter Williams