UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  *Plaintiff,*  v.  **PETER WILLIAMS,**  *Defendant.* | Case No. 25-cr-322 (LLA) |

# ORDER

Before the Court is a Joint Motion to Continue Sentencing. For the reasons set forth therein, it is hereby

**ORDERED** that the sentencing hearing set for January 27, 2026, be continued to _____, 2026 at \_\_\_\_\_ a/p.m.; and it is further

**ORDERED** that the parties shall submit their sentencing memorandum on or before January 27, 2026, and any reply to those memorandum, on or before February 3, 2026.

DATE:

_____
The Honorable Loren L. AliKhan
United States District Judge for
    the District of Columbia