**Attachment 1**

February 5, 2026

Honorable Loren L. AliKhan
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re:   Peter Williams
      Case No. 1:25-cr-00322-LLA-1

Dear Judge AliKhan:

I wanted to write this letter to help explain who I am as a person and give context around my decisions. This is not meant in any way to excuse my behavior. I deeply regret my actions and the decisions I made that led me down this path. I hope only to provide the Court with a clearer understanding of who I am as you determine an appropriate sentence.

I spent nearly a decade working in the public service simultaneously in both civilian and military services before transitioning to the private sector where I continued to support similar government customers. My wife and I met in 2007 when we both moved from around Australia to Canberra where our work was located. Since 2007, the vast majority of my social circle has been from the Intelligence or Cyber Security communities. I have kept very few connections from my past life because of the work constraints and commitments I had to make.

Despite this background, I made choices that directly violated the values I believed in and the trust placed in me by my family, colleagues, and friends. My misconduct was not the result of confusion, incapacity or the actions of others. It was the result of my own decisions and I fully accept responsibility for them. I recognize now that I allowed myself to ignore my obligations and my training, and I failed to seek help or guidance when I knew I was moving in the wrong direction.

At the time of the offense, I was experiencing significant professional pressure and personal anxiety, but I recognize that stress does not excuse criminal behavior. Instead of seeking help, reassessing my priorities, or removing myself from a situation I was not handling responsibly, I chose a path that I knew was wrong. That failure to stop, to ask for guidance, and to act with integrity rests entirely with me.

I understand that the theft of trade secrets is a serious offense, particularly given the trust, access, and responsibilities I was granted. My actions caused harm to my former employer, to its employees, to its customers, and to the broader community that relies on the integrity and security of sensitive information. I take full ownership of that harm, and I am deeply sorry for the breach of trust my conduct caused.

Looking back, I see clearly that my decisions were selfish and shortsighted. I now understand the warning signs I ignored and the ways I rationalized conduct that I knew violated both the law and my own values. I have spent considerable time reflecting on how to ensure that I never repeat these failures – by accepting limits, seeking help when under pressure, and placing ethical obligations above professional ambition or perceived responsibility.

I know there is no way to undo the damage I caused. Going forward, I am committed to repaying my debt to society through lawful service to the community in whatever forms are available to me, including during incarceration and after my release. I will rebuild my character and demonstrate through consistent actions that I understand the seriousness of the offense.

I would also like to acknowledge the professionalism of the Court, law enforcement, Pretrial Services, the Probation Office, and the United States Attorney's Office. Throughout this process, I have been reminded of the importance of public service carried out with integrity – values I failed to uphold and am committed to honoring in the future.

Respectfully,

Peter Williams