**Attachment 2**

February 5, 2026

Honorable Loren L. AliKhan
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re:     Peter Williams
        Case No. 1:25-cr-00322-LLA-1

Dear Judge AliKhan:

I respectfully write to the Court to explain my absence from the sentencing proceedings and to provide context regarding my husband as a whole person, beyond the offence for which he is being sentenced.

I am not present because I live in Australia with our two young school-aged children and am their sole caregiver. My priority at this time must be their emotional and physical well-being. Given the circumstances surrounding these proceedings, I believe it is essential that I remain with them to provide stability and reassurance during an exceptionally difficult period for our family.

My husband and I met early in our professional lives while working in national security related roles in Australia. Service, integrity, and responsibility to others were values that shaped both of our careers. From a young age, my husband demonstrated strong aptitude in mathematics and computer programming, later serving as a reservist in the Royal Australian Air Force until professional demands made continued service impracticable.

Over the course of his career, Peter worked extensively in cybersecurity, taking on increasing leadership responsibilities. In addition to his technical work, he invested significant effort in developing management and human leadership skills, motivated by a sense of responsibility for those he led. His professional life involved sustained international travel, long hours, and constant availability across time zones. As a result, he frequently missed family events and milestones; not through lack of care, but due to the demands of managing global teams and critical responsibilities.

During these years, I carried the primary responsibility for raising our children, including managing significant medical needs, while also maintaining my own professional and volunteer commitments. Our family life required adaptation and resilience, and while it differed from that of many families, we did our best to maintain connection and stability.

In the years following the global pandemic, the intensity of my husband's work increased substantially. He carried not only operational and financial responsibilities, but also the emotional burden of supporting staff through periods of stress, restructuring, and uncertainty. He often prioritised the needs of others above his own, remaining composed under pressure while disregarding signs of serious burnout and declining mental health. I urged him on

multiple occasions to step away from his role, but he felt a deep obligation to those who depended on him.

This context does not excuse his actions. However, it may help the Court understand how someone whose life had long been defined by service and responsibility could make decisions so profoundly at odds with his character.

Even now, he continues to engage with our children to the extent he is able, maintaining interest in their daily lives and schooling. That consistency and care reflect the person he has always been within our family.

The execution of the search warrant at our home marked a profound and lasting rupture in our lives. Our children were exposed to an experience that was deeply distressing, and I continue to support them as they process its impact. In the aftermath, I was required to relocate our family and rebuild our lives under significant emotional, financial, and social strain, while also shielding our children from public attention.

Despite these circumstances, our children love their father deeply and miss him acutely. Because of the demands of his career, their time with him had already been limited, which made that relationship especially precious to them.

My focus remains on raising our children with stability, care, and resilience. We accept that my husband must face the consequences of his actions. At the same time, I ask that the Court consider the full scope of the person he has been throughout his life: as devoted, empathetic, and committed to the well-being of others.

Thank you for taking the time to consider this perspective.

Respectfully,

Peter's spouse