**Attachment 3**

February 5, 2026

The Honorable Loren L. AliKhan
United States District Judge
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Re:     Peter Williams
        Case No. 1:25-cr-00322-LLA-1

Dear Judge AliKhan:

I am Peter Williams's eldest brother and am writing to provide information that, hopefully, will assist the Court in understanding his background, his true nature, values, and the person he has been both before and after the subject events.

Peter has been fully transparent with me about his actions and has expressed deep remorse for the mistakes he made. He has acknowledged the seriousness of his conduct and accepts responsibility. He explained that at the time he was under significant financial pressure and stress from his job, and exercised very poor judgment. While this does not excuse his conduct, it provides some basis for understanding Peter's actions.

Importantly, Peter's behaviour during that period is completely out of character. Throughout his life, he has demonstrated strong family values, reliability, and integrity. His dedication to his country and the ideals it represents is shown by the long-time positions he has held with the Royal Australian Air Force and intelligence services.

Peter is a devoted father and husband who consistently prioritises his family. Despite demanding work that required constant international travel, at times involving multiple countries within the same week, he consistently made it a priority to bring his wife and children back to Australia to spend time with our wider family. These trips required significant planning, financial commitment, and personal sacrifice, yet he undertook them because maintaining strong family connections is deeply important to him. His efforts to ensure his children remained connected to their grandparents, uncles, aunts, and cousins reflect the type of father he is.

Peter's work responsibilities required frequent travel between Canada, the United States, the United Kingdom, and New Zealand. The travel schedule was relentless, as he gave me access to Flighty (travel app) so I could keep track of his locations. Over time, it took a substantial physical and emotional toll on him. Whenever he returned to Sydney and we met at my home or his, it was clear how tired and worn down he had become as he would collapse onto the couch and dose off. He also suffers from chronic back issues resulting from an injury sustained during his service in the Australian Defence Force. The constant international travel and the stress of his employment responsibilities aggravated these injuries further and he wore a back brace to help relieve the pain in addition to taking strong pain relief medication.

I believe the cumulative weight of his personal and professional responsibilities, combined with the financial pressure Peter felt as the sole income earner for his family, has contributed to the circumstances in which his poor decision was made. His inability to currently make any income, access funds and the difficulty in selling the family home, has now left his wife and young children in a precarious position. Our parents and I have provided support where possible, but the impact on Peter and his immediate family has been profound.

This situation has created serious financial strain on Peter's family. As the sole breadwinner, his inability to access accounts and difficulty selling their family home have left his family essentially destitute. Our parents have assisted where possible, and I have taken on a substantial part of the support for Peter, including his accommodation in the US, daily expenses, and therapy costs.

When I became aware of his situation, I travelled to the United States to be with him and have made multiple trips since, each at considerable personal expense. Further, I took responsibility for relocating his family back to Australia. These actions were taken in partnership with Peter, who was determined to ensure the safety and wellbeing of his wife and children. I continue to ensure they have stability and support during this difficult period. I have willingly undertaken this at Peter's request, reflecting the same strong family values and sense of duty that he has always embodied throughout his life.

Despite the challenges he is facing, I have observed Peter demonstrate accountability, reflection, and genuine commitment to rebuilding his life with honour. He understands the seriousness of his actions and is taking meaningful steps to ensure that nothing like this ever happens again.

I respectfully ask you to consider the context of his circumstances, his remorse, and the strong character he has displayed consistently throughout his life. His actions, though serious, were the result of weakness under extraordinary pressure. This situation is stark contrast to the sacrifices he has always made for his family and the integrity he has otherwise demonstrated.

Thank you for considering my perspective.

Yours faithfully,

Peter's brother